JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MARK A. VINZANT, | ) | Case No. EDCV 08-79-VAP (JCRx) |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| UNITED STATES OF AMERICA et al. | ) | |
| Defendants. | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: June 3, 2009

VIRGINIA A. PHILLIPS
United States District Judge